UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson |
| v. | : | Case No. 11-816 |
| RONALD PATETTA | : | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America (Gurbir S. Grewal, Assistant U.S. Attorney, appearing), for an arrest warrant and for an Order that the Indictment in this matter be sealed, and good cause having been shown,

IT IS, on this 30th day of November, 2011,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish their purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until an arrest warrant is executed, or until further order of the Court.

_____
HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE